UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**WISCONSIN LABORERS PENSION FUND,**
**WISCONSIN LABORERS HEALTH FUND,**
**WISCONSIN LABORERS APPRENTICESHIP**
**AND TRAINING FUND and JOHN J. SCHMITT**
**(in his capacity as trustee),**

**WISCONSIN LABORERS DISTRICT COUNCIL,**

**WISCONSIN LABORERS-EMPLOYERS**
**COOPERATION AND EDUCATION TRUST FUND,**

                              **Plaintiffs,**

v.                                                        Case No. 14-cv-35

**ANDREWS HIGHWAY SERVICES, INC. and**
**DAWN ANDREWS,**

                              **Defendants.**

---

**ORDER AND ENTRY OF JUDGMENT**
**AS TO DEFENDANT ANDREWS HIGHWAY SERVICES, INC.**

---

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk. This action having come on hearing before the Court, the issues having been duly heard, and a decision having been duly rendered, the Court orders as follows:

1.    Defendant Andrews Highway Services, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.    Defendant Andrews Highway Services, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining

agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, interest, liquidated damages, attorney fees and costs.

4. The court assesses the total damages to the Plaintiffs in the sum of $136,670.65.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Laborers Pension Fund, Wisconsin Laborers Health Fund, Wisconsin Laborers Apprenticeship & Training Fund, John J. Schmitt, Wisconsin Laborers District Council, and Wisconsin Laborers–Employers Cooperation and Education Trust Fund, recover from the Defendant Andrews Highway Services, Inc. and that the Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendant Andrews Highway Services, Inc. in the amount of $136,670.65 together with interest at the rate allowed by law.

Dated at Madison, Wisconsin, this 9th day of April, 2014.

Peter A. Oppeneer
Clerk of Court

_____
Deputy Clerk

Dated and approved as to form this 9th day of April, 2014.

BY THE COURT:

Barbara B. Crabb
U. S. District Court Judge